■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRENCE SIMMONS, Appellant. [742 NYS2d 913] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 5, 1994 (*People v Simmons,* 206 AD2d 396), affirming a judgment of the Supreme Court, Kings County, rendered July 30, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745). Florio, J.P., O'Brien, Townes and Cozier, JJ., concur.